UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:07-cr-00028-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| SHAQUAN SNEED | |

On motion of the Defendant, Shaquan Sneed, and for good cause shown, it is hereby ORDERED that the DE #84 be sealed until further notice by this Court.

IT IS SO ORDER.

This 29th day of March 2019.

_____
LOUISE W. FLANAGAN
United States District Judge