UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:07-cr-00028-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAQUAN SNEED | ORDER TO SEAL |

On motion of the Defendant, Shaquan Sneed, and for good cause shown, it is hereby ORDERED that the DE #92 be sealed until further notice by this Court.

IT IS SO ORDER.

This  3rd   day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge